B6C (Official Form 6C) (4/10)

In re   **Kenneth James Danielson**                              ,   Case No.   **11-33074**
　　　　　　　　　　　　　　　　Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☒ 11 U.S.C. §522(b)(2)
- ☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**Location: 350 11th Street NE, Milaca MN 56353**<br>**Legal: Sect-24 TWP-038 Rang-27 Lot-003**<br>**Blk-001 Hidden Pines Fourth Addition** | **11 U.S.C. § 522(d)(1)** | 1.00 | 135,200.00 |
| | Total: | 1.00 | 135,200.00 |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

                              Case No. BKY 11-33074

Kenneth James Danielson

                              Chapter 7 Case

Debtor(s).


I, David M. Lanham, declare under penalty of perjury that on 06/03/2011 I mailed copies of the foregoing Notice of Amended Schedule C – Property Claimed As Exempt by first class mail postage prepaid to each entity named below at the address stated for each entity:


| | |
|---|---|
| St Paul<br>200 Warren E Burger Federal Building and<br>US Courthouse<br>316 N Robert St<br>St Paul, MN  55101 | Discover<br>12 Reads Way<br>New Castle DE 19720-1649 |
| Bank of America<br>PO Box 17054<br>Wilmington DE 19850-1705 | Discover<br>PO Box 6103<br>Carol Stream IL 60197-6103 |
| Bank of America - Speedway<br>PO Box 15026<br>Wilmington DE 19850-5026 | Discover Financial Svcs LLC<br>PO Box 15316<br>Wilmington DE 19850 |
| Chase Home Finance<br>PO Box 24696<br>Columbus OH 43224 | FIA Card Services, N.A.<br>PO Box 15137<br>Wilmington DE 19850-1513 |
| CitiMortgage<br>PO Box 689196<br>Des Moines IA 50368 | GC Services Limited Partnership<br>Collection Agency Division<br>6330 Gulfton<br>Houston TX 77081 |
| Citimortgage<br>PO Box 9438<br>Gaithersburg MD 20898 | GC Services Limited Partnership<br>PO Box 865 (141)<br>Houston TX 77001 |

GE Money Bank
PO Box 960061
Orlando FL 32896-0061

GE Money Bank
PO Box 981438
El Paso TX 79998-1438

GE Money Bank
PO Box 981439
El Paso TX 79998

Global Client Solutions, LLC
4500 South 129th East Ave
Suite 177
Tulsa OK 74134

Global Client Solutions, LLC
PO BOX 690870
Tulsa OK 74134

Global Client Solutions, LLC
PO Box 690870
Tulsa OK 74169-0870

Greystone Alliance, LLC
255 Great Arrow Avenue
2nd Floor, Suite 15
Buffalo NY 14207

Greystone Alliance, LLC
PO Box 1810
Buffalo NY 14240-1810

Gurstel Chargo
6681 Country Club Drive
Minneapolis MN 55427

HSBC Bank Nevada, N.A.
1111 North Town Center Drive
Las Vegas NV 89144

Law Office of Richard A.Lenard
16478 Beach Blvd., Suite 350
Westminster CA 92683-7860

Meyer & Njus, P.A.
1100 U.S. Bank Plaza
200 South Sixth Street
Minneapolis MN 55402

Professional Recovery Services
PO Box 1880
Voorhees NJ 08043

Projectline Plus/GEMB
PO Box 961127
El Paso TX 79998-1127

Rausch, Sturm, Israel, Enerso
680 Southdale Office Center
6600 France Ave South
Minneapolis MN 55435

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN  55415

Wells Fargo Bank
PO Box 5445
Portland OR 97208

Wells Fargo Financial Cards
PO Box 98791
Las Vegas NV 89193-8791

Wells Fargo Home Mortgage
PO Box 10335
Des Moines IA 50306

Wells Fargo Home Mortgage
PO Box 5296
Carol Stream IL 60197

Zwicker & Associates, P.C.
80 Minuteman Road
Andover MA 01810-1008

Zwicker & Associates, P.C.
PO Box 101145
Birmingham AL 35210-6145

A. Michael Kuehn
A. Michael Kuehn Law Firm
701 4th Ave S
Ste 500
Minneapolis, MN  55415

Kenneth James Danielson
350 11th Street NE
Milaca, MN  56353

Stephen J Creasey
Lapp Libra Thomson Stoebner & Pusch
2500 One Financial Plaza
120 South 6th St
Minneapolis, MN  55402

Date:  June 6, 2011

By: _____

Subscribed and sworn to before

me this 6th day of June, 2011.

_____
Notary Public



JENNIFER L LANHAM
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 1/31/2015

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Kenneth James Danielson**
Debtor(s).

**SIGNATURE DECLARATION**

Case No. **11-33074**

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☒ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☐ OTHER (Please describe:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- [**individual debtors only**] If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- [**corporate and partnership debtors only**] I have been authorized to file this petition on behalf of the debtor.

Date: 6-6-11

X _Kenneth J Danielson_                     X _____
Signature of Debtor or Authorized Representative       Signature of Joint Debtor

**Kenneth James Danielson**
Printed Name of Debtor or Authorized Representative     Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)